NUMBER 13-08-102-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________ 

 

INSURANCE COMPANY 

OF THE STATE OF PENNSYLVANIA, 

 Appellant,


v.



RAY AHLERS, Appellee. 

____________________________________________________________ 


On appeal from the 36th District Court 


of San Patricio County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Vela


Memorandum Opinion Per Curiam


 Appellant, Insurance Company of the State of Pennsylvania, and appellee, Ray
Ahlers, have filed an agreed motion to reverse the trial court's judgment, remand the
cause, and accelerate the mandate. The parties further ask that this Court tax the costs
of appeal against the party incurring same. According to the motion, the parties have now
resolved the issues presented in this appeal. 

 The Court, having considered the documents on file and the agreed motion to
reverse and remand and accelerate the mandate, is of the opinion that the motion should
be granted. See Tex. R. App. P. 42.1(a). The agreed motion is GRANTED, and the trial
court's judgment is REVERSED and the cause is REMANDED for further proceedings. 

 We direct the Clerk of this Court to issue the mandate contemporaneously with this
opinion. See id. 18.1(c) (modifying the time for issuance of mandate "if the parties so
agree, or for good cause on the motion of a party."). Pursuant to the agreement of the
parties, costs will be taxed against the party incurring same. See id. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the appellant."). 

 PER CURIAM

Memorandum Opinion delivered and 

filed this the 27th day of March, 2008.